## WESTERN COAL & MINING CO. v. TULLOSS.

No. 6257.   Opinion Filed July 21, 1914.

Rehearing Denied September 1, 1914.

(142 Pac. 1035.)

**APPEAL AND ERROR**—Motion for New Trial—Dismissal.   Syllabus in *Allen v. Gates*, 38 Okla. 408, 134 Pac. 51, is made the syllabus here.

(Syllabus by the Court.)

Action by Ernest Tulloss against the Western Coal & Mining Company.   Judgment for plaintiff, and defendant brings error. Dismissed.

*Ira D. Oglesby*, for plaintiff in error.

*Linebaugh Bros. & Pinson*, for defendant in error.

PER CURIAM.   On December 22, 1913, judgment was rendered and entered for plaintiff, whereupon a motion was granted extending the time in which to file a motion for new trial. On December 29, 1913, a motion for a new trial was filed and overruled, and defendant brings the case here.

The motion to dismiss is sustained for the reason that the motion for new trial was filed out of time.   Rev. Laws 1910, sec. 5035, is mandatory, and the trial court had no power to grant an extension beyond the time specified in the statute.   *Allen v. Gates*, 38 Okla. 408, 134 Pac. 51; *Joiner v. Goldsmith*, 25 Okla. 840, 107 Pac. 733.